1250-14
1251-14

COA # 06-13-00205-CR         OFFENSE: 37.09

Also 6-13-00206-CR

STYLE: Willie Lee Harper, Jr. v. The State of Texas         COUNTY: Cass

COA DISPOSITION:     Affirmed         TRIAL COURT: 5th District Court

DATE: 08/29/14         Publish: YES  TC CASE #:     2011F00168

## IN THE COURT OF CRIMINAL APPEALS

1250-14
1251-14

STYLE: Willie Lee Harper, Jr. v. The State of Texas         CCA #:

_____APPELLANT'S_____ Petition         CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE:

Refused         JUDGE:

DATE: 04/15/2015         SIGNED: _____         PC: _____

JUDGE: Per Curian         PUBLISH: _____         DNP: _____

Johnson + Yeary would grant

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**